# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:18-cv-00652 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| SOCIAL SECURITY ) | MAGISTRATE JUDGE FRENSLEY |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 26) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 22). In the Report and Recommendation, the Magistrate Judge recommends that this action be REMANDED.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 26 at 11.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 22) is **GRANTED** and this case is **REMANDED** to the Commissioner for action consistent with the recommendation of the Magistrate Judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE